**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOSH RAYNOR, etc.,
    Plaintiff,

vs.                                          CASE NO. 8:08-CIV-870-T-17-MAP

J&L JEWELERS, INC., etc., et al.,
    Defendants.
_____/

**ORDER APPROVING SETTLEMENT AGREEMENT AND**
**DISMISSING ACTION WITH PREJUDICE**

       This cause is before the Court on the parties' Joint Motion for Settlement Approval and for Dismissal with Prejudice (Docket No. 11). The Court has carefully reviewed the parties' motion and the Confidential Settlement Agreement and considered the fairness of both. The Court has determined that they represent a fair and reasonable resolution of a bona fide dispute over Fair Labor Standards Act provisions. Accordingly, it is

       **ORDERED** that the parties' Joint Motion for Settlement Approval and for Dismissal with Prejudice (Docket No. 11) be **granted**, the Confidential Settlement Agreement **approved**, the cause of action be **dismissed with prejudice**, and the Clerk of Court is **directed** to close this case and to terminate any pending motions. The parties shall bear their respective attorney's fee and costs, except as otherwise delineated in the Confidential Settlement Agreement.

       **DONE and ORDERED** in Chambers, in Tampa, Florida, this 16th day of September,

2008.



Copies to: All parties and counsel of record